NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PEI-HERNG HOR,**
*Plaintiff-Appellant,*

AND

**RULING MENG,**
*Plaintiff-Appellant,*

v.

**CHING-WU "PAUL" CHU,**
*Defendant-Appellee.*

---

2011-1540

---

Appeal from the United States District Court for the Southern District of Texas in case no. 08-CV-3584, Judge Keith P. Ellison.

---

**ON MOTION**

---

**O R D E R**

Pei-Herng Hor and Ruling Meng both move for a 21-day extension of time, until November 8, 2011, to file their opening briefs, and Ching-Wu "Paul" Chu moves for

a 3-day extension of time, until December 21, 2011, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

OCT 1 3 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: William P. Jensen, Esq.
Brent C. Perry, Esq.
Lester L. Hewitt, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 1 3 2011

JAN HORBALY
CLERK